IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACQUES MALLORY, # 191 525, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:12-CV-1011-WHA |
| | ) [WO] |
| WARDEN GARY HETZEL, III, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **OPINION and ORDER**

On August 26, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 43. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Plaintiff's request for injunctive relief (Doc. 1) is DENIED as moot;

2. Plaintiff's third affidavit (Doc. 19) is STRICKEN as a sham affidavit;

3. Defendants' motion for summary judgment (Doc. 14) is GRANTED.

Final Judgment will be entered in favor of Defendants.

Done, this 19th day of September, 2016.


　　　　　　　　　　　　　　　　　　/s/   W. Harold Albritton
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE